■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AZAD MALIK, Appellant. [917 NYS2d 583]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Chambers, J., at trial; J. Goldberg, J., at sentencing), rendered

May 30, 2008, convicting him of burglary in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the appeal is dismissed as academic.

This appeal has been rendered academic in light of this Court's affirmance of the order appealed from in *People v Malik* (81 AD3d 981 [2011] [decided herewith]). Rivera, J.P., Dillon, Angiolillo and Austin, JJ., concur.